GAIL APRIL GREEN *v.* STEVEN J. DEFRANK
(AC 32948)

Lavine, Alvord and Borden, Js.

Argued October 24—officially released November 29, 2011

*Gail April Green*, pro se, the appellant (plaintiff).

*Steven J. DeFrank*, for the appellee (defendant).

*Opinion*

PER CURIAM. The self-represented plaintiff, Gail April Green, commenced this action to dispute the attorney's fees paid from the proceeds of her workers' compensation award.[1] On appeal, the plaintiff claims that the trial court improperly granted the motion for summary judgment filed by the defendant, Steven J. DeFrank, one of several attorneys who represented her. In ruling on the motion for summary judgment, the court issued a memorandum of decision, which is a concise and thoughtful statement of the facts and the applicable law on the issue. See *Green* v. *DeFrank*, 52 Conn. Sup. 160, 33 A.3d 899 (2010). We therefore adopt the decision of the trial court as our own. It would serve no useful purpose for this court to repeat the discussion contained therein. See *Norfolk & Dedham Mutual Fire Ins. Co.* v. *Wysocki*, 243 Conn. 239, 241, 702 A.2d 638 (1997).

The judgment is affirmed.

---

[1] General Statutes § 31-280 (b) (11) (C) provides that the chairman of the workers' compensation commission shall issue annually guidelines for the maximum fees payable to a claimant for legal services. The chairman of the workers' compensation commission has promulgated a 20 percent cap on attorney's fees. See www.ctworkerscomplaw.com; see also *Arcano* v. *Board of Education*, 81 Conn. App. 761, 769, 841 A.2d 742 (2004).